FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Nov 28, 2018
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. _____18-4160_____ |
| | ) | |
| PHILLIP M. MILLER, | ) | |
| Defendant | ) | |

COMPLAINT

Comes now the United States of America, and for its cause of action against the Defendant, Phillip M. Miller, and states:

1. This is an action brought by the United States of America pursuant to 31 U.S.C. § 3729, and the Court has jurisdiction pursuant to 28 U.S.C. § 1345.

2. Venue is proper in the Western District of Arkansas pursuant to 31 U.S.C. § 3732(a), 28 U.S.C. § 1391(b), and 28 U.S.C. § 1395(a).

3. Defendant, Phillip M. Miller ("Miller"), is a resident of Miller County, Arkansas.

4. This debt arises from the taking of benefits to which Defendant was not entitled from the United States Railroad Retirement Board ("RRB"). The outstanding debt owed by the Defendant to the United States of America is $8,048.38.

WHEREFORE, Plaintiff United States of America prays for judgment in personam against the Defendant for the principal amount of $8,048.38 and that the Plaintiff have such other proper relief to which it is entitled.

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: *Mark W. Webb*

Mark W. Webb
Assistant U. S. Attorney
Ark. Bar Number 77141
414 Parker Avenue
Ft. Smith, AR  72901
Phone: (479) 783-5125
Fax: (479) 441-0569
Email: mark.webb@usdoj.gov
